UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JOHN YOUNG, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>ERIC BROWN, *et al.*,<br><br>    Defendants. | Civil Action No. TDC-15-1125 |

## ORDER

On June 24, 2016, the Court directed Relators within seven days to show good cause for their failure to serve Defendants or their Complaint would be dismissed without prejudice. ECF No. 22. Relators have not filed a response. Accordingly, it is hereby ORDERED that, pursuant to Federal Rule of Civil Procedure 4(m) and Local Rule 103.8(a), the Complaint is dismissed without prejudice.

The Clerk is directed to close this case.

Date: July 11, 2016

THEODORE D. CHUANG
United States District Judge